## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover          Date:     October 29, 2012
Court Reporter:     Terri Lindblom
Probation Officer:  Gary Burney
Interpreter:        Susanna Cahill

Criminal Action No. 12-cr-00230-MSK

*Parties*:                                   *Counsel*:

UNITED STATES OF AMERICA,                    Richard Hosley

    Plaintiff,

v.

CESAR LOPEZ HERNANDEZ,                       Matthew Belcher

    Defendant.

_____

### SENTENCING MINUTES
_____

**9:06 a.m.      Court in session**.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on August 9, 2012.  Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #18)**  Argument.

Allocution. - Statements made by: The Government, the defendant, defense counsel

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  Further argument.

**ORDER:**     Defendant's Motion for Non-Guideline Sentence **(Doc. #18)** is **DENIED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**     Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:53 a.m.**     **Court in recess.**

Total Time:    47 minutes.
Hearing concluded.